

THE CONSUMER RIGHTS LAW GROUP
3104 WEST WATERS AVENUE,
SUITE 200
TAMPA, FLORIDA 33614

P : 813-435-5055 | F : 866-535-7199
WWW.CONSUMERRIGHTSLAWGROUP.COM

July 11, 2017

Honorable Joan Azrack
100 Federal Plaza
Central Islip, NY 11722

      *Re:*    *Barbara Deneroff v. Retrieval-Masters Creditors Bureau, Inc.*
             *Case No. 2:17-cv-03908*

Dear Judge Azrack:

    Please be advised that we are refilling Exhibit B in the above mentioned case.  For reasons unknown, the originally filed Exhibit B is illegible.  Accordingly, we are filing the legible Exhibit B to be part of the original complaint.

    Thank you for your continued assistance.  If you have any questions or comments, please call me at (813) 413-5610.

                         Yours Very Truly,

                         *s/ James S. Giardina*

                         Attorney for Plaintiff

JSG/obn